# UNITED STATES DISTRICT COURT

for the _____ DISTRICT OF _____ New Jersey _____

UNITED STATES OF AMERICA

V.

STEPHEN SALVATORE INTRIERI

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CASE NUMBER: _____ 13-2534(DEA) _____

CHARGING DISTRICTS CASE NUMBER: _____ CR 13-19(M-DLC) _____

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

_____ District of _____ MONTANA _____ ; and that the Clerk of Court shall transfer bail

deposited into the Registry of this Court, to the Clerk of the _____ USDC MISSOULA, 201 Broadway, Missoula, MT _____
                                                                                     Place and Address

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)

_____ on _____ 8/8/13 @ 1:30 PM .
                                    Date and Time

_____ _X/Sfut_ _____
Signature of Judge

July 10, 2013
Date

Douglas E. Arpert, U.S.M.J.
Name and Title of Judge